**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7842**

---

RICHARD LAMAR FENSTERMACHER,

          Petitioner - Appellant,

  versus

R. ANGELONE, Director, Department of Correc-
tions; ATTORNEY GENERAL OF THE COMMONWEALTH OF
VIRGINIA,

          Respondents - Appellees.

---

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-96-215-R)

---

Submitted:  May 29, 1997       Decided:  June 6, 1997

---

Before NIEMEYER, LUTTIG, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Richard Lamar Fenstermacher, Appellant Pro Se.  Wirt Peebles Marks,
IV, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia,
for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Fenstermacher v. Angelone, No. CA-96-215-R (W.D. Va. Nov. 20, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2